THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| DAWN HEPIKIYA MEDINA, JUSTIN HORTON, MADLAINE THOMPSON, LUKE MELVIN LEWIS, MARCOS HERNANDEZ, DENISE ANN BEIERLE on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE HON. ANN MARIE MCIFF ALLEN, THE HON. JEREMIAH HUMES, THE HON. CHRISTINE JOHNSON, THE HON. THOMAS LOW, and THE HON. MATTHEW BELL in their official capacities,<br><br>Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 4:21-cv-00102-DN-PK<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

IT IS ORDERED AND ADJUDGED THAT

The action is dismissed without prejudice. The clerk is directed to close the action.

Signed March 31, 2023

BY THE COURT

_David Nuffer_
David Nuffer
United States District Judge